**DeAndre L'overture JACKSON, Plaintiff-Appellant,**

v.

**Earl BARKSDALE; M. Younce; David Zook; Bryant, Sergeant; Adams, Officer; Rick White, Defendants-Appellees.**

**No. 17-7073**

United States Court of Appeals, Fourth Circuit.

Submitted: December 29, 2017

Decided: January 5, 2018

DeAndre L'overture Jackson, Appellant Pro Se. Laura Haeberle Cahill, OFFICE

OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeAndre L'overture Jackson appeals the magistrate judge's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Jackson v. Barksdale*, No. 7:17-cv-00031-PMS, 2017 WL 3446259 (W.D. Va. Aug. 10, 2017). We deny Jackson's motion for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*